UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATASHA G. JACKSON,<br><br>Petitioner,<br><br>v.<br><br>THE ATTORNEY GENERAL OF THE STATE OF NEVADA,<br><br>Respondent. | Case No. 2:22-cv-01410-GMN-VCF<br><br>ORDER |

Natasha G. Jackson has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF Nos. 1-1, 1-2). Included among her petition and exhibits the court located a financial certificate and inmate account statements, but Jackson has not submitted an application to proceed *in forma pauperis*. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced. However, the court will give petitioner 30 days to either (1) pay the $5.00 filing fee[1] or (2) submit an application to proceed *in forma pauperis*. Failure to do so may result in the dismissal of this action without prejudice.

---

[1] The court has no application to proceed *in forma pauperis* to rule on at this time, but notes that the financial information Jackson has provided indicates that she is able to pay the full filing fee. (*See* ECF No. 1-1, pp. 15-26.)

1

1       **IT IS THEREFORE** ordered that within **30 days** of the date of this order petitioner must either pay the $5.00 filing fee or submit an application to proceed *in forma pauperis*.

      **IT IS FURTHER ORDERED** that if petitioner fails to comply with this order, this action may be dismissed without prejudice.

      **IT IS FURTHER ORDERED** that the Clerk of Court **SEND** to petitioner one copy of the application to proceed *in forma pauperis* for incarcerated persons, with instructions.

      DATED: 30 September 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE